# NO. 12-15-00277-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: AAA TEXAS COUNTY* | § | |
| *MUTUAL INSURANCE COMPANY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

AAA Texas County Mutual Insurance Company filed this original mandamus proceeding complaining of the trial court's orders denying its motion to sever and abate and compelling AAA to respond to discovery relating to Thomas Jackson's extracontractual claims. On August 18, 2016, this Court conditionally granted AAA's petition and directed Respondent to vacate the complained-of orders. By orders issued on August 19 and August 23, 2016, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we *dismiss* AAA's petition for writ of mandamus as *moot*.

Opinion delivered August 31, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### AUGUST 31, 2016

### NO. 12-15-00277-CV

**AAA TEXAS COUNTY MUTUAL INSURANCE COMPANY,**
Relator
V.
**HON. DAVID SCOTT BRABHAM,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **AAA TEXAS COUNTY MUTUAL INSURANCE COMPANY,** WHO IS THE Relator in Cause No 2014-1365-A, pending on the docket of the 188th Judicial District Court of Gregg County, Texas. Said petition for writ of mandamus having been filed herein on November 16, 2015, and the same having been duly considered, because it is the opinion of this Court that this petition for writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

Brian Hoyle, Justice.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*